IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| **GAYDEN C. WOODSON,** | : | 18 U.S.C. §371 |
| | : | (Conspiracy to Commit |
| Defendant. | : | Theft of United States Property) |

### I N F O R M A T I O N

The United States Attorney charges:

### COUNT ONE
**(Conspiracy to Commit Theft of United States Property)**

INTRODUCTORY ALLEGATIONS

1. At all times relevant to this Information: The Defense Reutilization and Marketing Service (DRMS) was an entity within the Defense Logistics Agency (DLA) of the United States Department of Defense, and was an agency of the United States Government. The mission of DRMS was to manage the disposal – by reutilization, sale, transfer, or donation – of excess material no longer needed by the United States military services. DRMS operations were carried out through Defense Reutilization and Marketing Offices (DRMOs) in the United States and overseas. DRMO personnel at overseas locations were authorized to conduct local sales for certain usable property of the United States; such sales were held through either sealed bid, auction, or retail fixed-price sales to the public. Proceeds from such sales were property of the United States Government.

2. From November 2000 until 2006, GAYDEN C. WOODSON was a DRMS Property Disposal Specialist assigned to the Southwest Asia region, covering, among other countries, Oman, Kuwait, Saudi Arabia, and Qatar. During the first part of that assignment, WOODSON

worked with another DRMS Property Disposal Specialist, referred to herein as Coconspirator 1. Throughout the assignment, WOODSON worked with a Saudi Arabian individual, referred to herein as Coconspirator 2, who had contracted with DRMS to manage DRMS auctions in Oman, Kuwait, Saudi Arabia, among other countries.

3. Beginning in March 2001, WOODSON entered into an ongoing conspiracy with Coconspirator 1 and Coconspirator 2 to sell United States Government property through unrecorded transactions in DRMS auctions and other ostensibly legitimate DRMS sales, and to keep and share the proceeds instead of turning the proceeds over to the United States as they were required to do. The total amount of money that WOODSON alone obtained through the illegal scheme was approximately $100,000.

## THE CONSPIRACY

Beginning in or about March 2001 and continuing through in or about January 2003, in the nations of Oman, Kuwait, Saudi Arabia, and Qatar, and elsewhere outside any particular district but within the venue of this district pursuant to Tile 18, United States Code, Section 3238, the defendant **GAYDEN C. WOODSON** knowingly conspired with other persons to commit an offense against the United States, that is: to steal and convert to their own use and the use of another, and without authority sell, things of value of the United States and a department or agency thereof, which things had value of more than $1,000, in violation of Title 18, United States Code, Section 641.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects of the conspiracy, **GAYDEN C. WOODSON** committed the following overt acts, among others:

1) In or about March 2001, GAYDEN C. WOODSON accepted a share of the illegal proceeds from a DRMS auction conducted in Oman.

2) In or about September 2001, GAYDEN C. WOODSON accepted a share of the illegal proceeds from a DRMS auction conducted in Oman.

3) In or about October 2001, GAYDEN C. WOODSON accepted a share of the illegal proceeds from a DRMS auction conducted in Kuwait, at which items illegally sold by the conspirators included Highly-Mobile Multi-Wheeled Vehicles that had not been de-militarized.

4) In or about May 2002, GAYDEN C. WOODSON accepted a share in the illegal proceeds from a DRMS sale conducted in Saudi Arabia.

5) In or about December 2002, GAYDEN C. WOODSON delivered to Coconspirator 1 a share of the illegal proceeds from the DRMS sale conducted in Saudi Arabia.

(**Conspiracy to Commit Theft of Government Property**, in violation of Title18, United States Code, Section 371.)

KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

By:
Laura A. Ingersoll
Connecticut Bar # 306759
Assistant United States Attorney
National Security Section
United States Attorney's Office
Washington, D.C. 20530
202/514-9549
laura.ingersoll@usdoj.gov