UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

GAYDEN C. WOODSON,

*Defendant.*

Crim No. 06 -275 (JR)

## ORDER

This matter is before the Court on Defendant Gayden Woodson's motion for the admission of:

Attorney W. Scott Lythgoe *pro hac vice*.

Upon consideration of any and all pleadings related to this matter, and objections thereto,

it is this ___ day of October, 2006,

**ORDERED** that Mr. Woodson's motion be granted, and it is further

**ORDERED** that W. Scott Lythgoe of Coggins, Larreau & Lythgoe, P.C., 289 24th Street, Suite 150, Ogden, UT 84401 hereby be and is enrolled *pro hac vice* in the above captioned case.

**SO ORDERED.**

_____
JAMES ROBERTSON
United States District Judge