UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> GAYDEN C. WOODSON, <br><br> *Defendant.* | Crim No. 06-275 (JR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

**COMES Now Defendant**, Gayden C. Woodson, by and through his undersigned counsel, and hereby moves this Honorable Court to allow W. Scott Lythgoe to appear *pro hac vice* in his plea, scheduled October 24th, 2006, and states the following in support thereof:

1. Undersigned counsel, Jensen E. Barber II, will appear with Mr. Lyhgoe at Defendant's plea, and with permission of the court excuse himself from further required appearances. There will be no continuance sought on the basis of this motion.

2. In accordance with U.S. District Court Rules for the District of Columbia L.Cr.R. 44.1, Mr. Lythgoe hereby states that his full name is William Scott Lythgoe. His office address is Coggins, Larreau & Lythgoe, P.C., 289 24th Street, Suite 150, Ogden, UT 84401.

3. He was admitted to the following bars on the date indicated: Utah State Bar October 15th, 1997; Federal District Court of Utah October 15th, 1997; Utah Supreme Court October 15th, 1997.

4. In his present position as a named partner in Coggins, Larreau & Lythgoe, Ogden, Utah, and previous law offices, he has defended clients accused of felonies in state and federal courts. He has conducted motions, trials, and sentencing hearings for clients accused of serious felonies,

including aggravated robbery/burglary, aggravated kidnaping and rape.

5. He was employed by the Public Defender office for the City of Ogden, Ogden, Utah from 2000 to 2005. He defended indigent clients accused of misdemeanors in Second District Court, State of Utah.

6. He served as a law clerk to The Hon. Stanton M. Taylor, Second District Court, State of Utah. In that position he researched and wrote bench briefs and draft opinions on criminal, domestic relations, and civil litigation.

7. Mr. Lythgoe is an active member of the American Trial Lawyers Association and the Utah Trial Lawyers Association.

8. *He has never been disciplined in any of these jurisdictions.* He has never sought *pro hac vice* admission in this jurisdiction. His office is not located in the District of Columbia.

9. Undersigned counsel has received a certificate from the Utah State Bar confirming Mr. Lythgoe was admitted to practice law in Utah on October 15, 1997 and is an active member of the Utah State Bar in good standing.

10. Defendant is set for arraignment and plea for October 24th, 2006. Defendant's counsel, Mr. Lythgoe, has already been in contact with the counsel for the United States, and has already worked out a plea for the Defendant in anticipation of the above court date. Accordingly, undersigned counsel respectfully requests that Mr. Lythgoe be allowed to represent Defendant, Gayden C. Woodson, *pro hac vice.*

                Respectfully submitted,

                _____
                Jensen E. Barber II
                Unified Bar No. 376325

Law Offices of J.E. Barber, PC
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511
www.jebarberpc@aol.com


_____
W. Scott Lythgoe
Utah Bar No. 7928
Coggins, Larreau & Lythgoe, P.C.
289 24th Street, Ste 150
Ogden, UT 84401
Phone (801) 393-5555
Fax (801) 392-1637

Email: scott@lythgoelaw.com