# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GAYDEN C. WOODSON,<br><br>               *Defendant.* | Crim No. 06 -275 (JR) |

## DECLARATION OF W. SCOTT LYTHGOE

**Comes Now** W. Scott Lythgoe of Coggins, Larreau & Lythgoe, P.C., 289 24th Street, Suite 150, Ogden, UT 84401 who hereby swears under penalty of perjury that the following is true and correct to the best of his knowledge and belief:

In accordance with the U.S. District Court Rules for the District of Columbia L.Cr. 44.1(d), my full name is William Scott Lythgoe. My office address is Coggins, Larreau & Lythgoe, P.C., 289

24th Street, Suite 150, Ogden, UT 84401 and the telephone number is 801-393-5555.

I was admitted to the following bars on the date indicated: Utah State Bar October 15th, 1997; Federal District Court of Utah October 15th, 1997; Utah Supreme Court October 15th, 1997.

I have not been disciplined by the Utah State Bar.

I have not sought admission pro hac vice in this Court within the last two years. As stated above, my office is not located in the District of Columbia.

I hereby swear under penalty of perjury that the foregoing is true and correct this 6th day of October, 2006.

_____
W. SCOTT LYTHGOE
UTAH BAR NO. 7928
Coggins, Larreau & Lythgoe, P.C.
289 24th Street, Ste 150
Ogden, UT 84401

Phone (801) 393-5555
Fax (801) 392-1637

Email: scott@lythgoelaw.com