CO-526
(12/86)

**FILED**

OCT 24 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
                            )
           vs.              )    Criminal No. 06-275
                            )
   Hayden C. Woodson        )
                            )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                    Defendant

_____
         Counsel for defendant

I consent:

_____
       United States Attorney

Approved:

_____
                Judge