AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-275

I, _Cayden C. Woodson_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/24/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _JAMES ROBERTSON, U.S. DISTRICT JUDGE_
         Judicial Officer