FILED

OCT 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

     :

           v.                        :      **CRIMINAL NO. 06-275 (JR)**

     :

GAYDEN C. WOODSON,      :

     :

         Defendant.      :

### STIPULATED STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The defendant Gayden C. Woodson and the United States of America agree that the

following facts are true and correct, and that if this matter were to proceed to trial the United

States would prove these facts beyond a reasonable doubt:

1.      At all times relevant to the charges to which he is pleading guilty, the defendant

Gayden C. Woodson was a citizen of the United States employed by the Defense Reutilization

and Marketing (DRMS), an agency of the United States government's Defense Logistics Agency

(DLA), as a Property Disposal Specialist. The mission of the DRMS is to manage the disposal –

by reutilization, sale, transfer, or donation – of excess material no longer needed by the United

States military services. Beginning in November 2000, Woodson was a resident Property

Disposal Specialist in the Southwest Asia theatre of operations, covering, among other countries,

Oman, Kuwait, Saudi Arabia, and Qatar. Woodson's responsibilities included conducting local

sales for certain usable property of the United States; such sales were held through either sealed

bid, auction, or retail fixed-price sales to the public. Woodson was charged with responsibility of

obtaining the best price possible in each sales transaction, and then accounting for the sales

proceeds to the United States government. From November 2000, Woodson worked for another

DRMS Property Disposal Specialist, Ronald W. Wiseman; after Wiseman left in April 2002, Woodson was the sole resident DRMS Property Disposal Specialist handling those duties in the region. Throughout the relevant period, a particular Saudi Arabian national held a contract to operate DRMS auctions in the region.

2.      In January 2001, Woodson entered into a preexisting conspiracy among Wiseman, the Saudi Arabian auctioneer, and at times others, to use DRMS auctions and negotiated sales to sell excess property without fully reporting the transactions to DRMS, and to keep the proceeds for themselves. In order to conduct the scheme without detection, the conspirators kept the illegally sold items out of the DRMS reporting and accountability system, and for the most part did not keep records of the illegal sales. After Wiseman left the region, Woodson operated the scheme himself, with the Saudi Arabian auctioneer and other local associates. The scheme was brought to a halt in mid-2003, when investigators discovered evidence of it.

3.      Between January 2001 and approximately March 2003, Woodson participated in, and/or shared in the illicit proceeds from, multiple illegal transactions – most of which involved sales of multiple items. Woodson admits that there were at least nineteen (19) such illicit transactions, and that the illegal proceeds he obtained from these transactions, along with other gratuities he received, amounted to approximately $350,000. Other coconspirators obtained comparable sums of illegal proceeds.

4.      At all times, with respect to the conduct described in this Stipulated Statement of Facts, the defendant Gayden C. Woodson acted knowingly, unlawfully, purposefully, and with

the specific intent to violate the law, and not by accident, inadvertence, mistake, or other

innocent reason.

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY
                              D.C. Bar # 498610

           By:

                              Laura A. Ingersoll, Assistant United States Attorney
                              Connecticut Bar # 306759
                              National Security Section
                              United States Attorney's Office
                              555 4th Street, N.W. – Room 11-844
                              Washington, D.C.   20530
                              202/514-9549    Laura.Ingersoll@usdoj.gov


                              Mariclaire Rourke, Trial Attorney
                              Connecticut Bar #405120
                              Counterespionage Section, National Security Division
                              United States Department of Justice
                              1400 New York Avenue, N.W. – 9th Floor
                              Washington, D.C.  20530
                              202/514-1208    Mariclaire.Rourke@usdoj.gov


        After consulting with my attorney, W. Scott Lythgoe, and pursuant to the plea agreement

entered into between me, Gayden C. Woodson, and the United States, I hereby stipulate and agree

that the above Stipulated Statement of Facts is true and accurate, and that had this matter

proceeded to trial, the United States would have proved beyond a reasonable doubt the facts stated

in the Stipulated Statement of Facts.


_10 - 23 - 2006_                         _____
Date                                     Gayden C. Woodson, Defendant


                              3

I am Gayden C. Woodson's attorney. I have carefully reviewed the above Stipulated

Statement of Facts with him. To my knowledge, his decision to stipulate and agree to these facts is

an informed and voluntary one.

10-23-06
_____                      _____
Date                                          W. Scott Lythgoe, Esquire
                                              Counsel for the Defendant