IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 06-275 (JR) |
| GAYDEN C. WOODSON, | : |
| Defendant. | : |

### WAIVER OF OBJECTION TO LACK OF VENUE

The defendant Gayden C. Woodson hereby knowingly, freely, and voluntarily waives any venue-based objection to proceeding with prosecution in the District of Columbia upon the Information that has been filed in this case, and consents to his prosecution in the District of Columbia.

10-23-2006
Date

_____
Gayden C. Woodson, Defendant

I concur.

10-23-06
Date

_____
W. Scott Lythgoe, Esquire
Counsel for the Defendant