Honorable James Robertson
United States District Judge


RE:   Gayden Clyde Woodson Jr


Your Honor,

With all due respect I would like to express how much this man means to me. Gayden met my mom when he was just 18 years old; she had two little girls and me on the way.  He is not my biological father but he was there the morning I was born and has conveyed nothing but unconditional love and gentle guidance.

Gayden has always been there for us, he helped my sisters and I get through college, he has always been a great role model with his strong work ethics and by being a law abiding citizen, he has never done anything illegal in the past.

When my mother and Gayden divorced, he continued to love and guide us. Even when he was overseas he was in constant contact supporting us and guiding us as a loving father. He continues to support my mom and brothers anyway he can, financially or with whatever they need.  He continues to have a good relationship with my mom and her family.

Gayden has been an inspiration to me.  I am a college graduate, own my own home and have a wonderful career, none of which would have been possible without him in my life.

My Dad is a family man, a good man and I humbly request you take this information into consideration at his sentencing.

Thank you for taking the time to read this.

Sincerely,

Marissa Gillett

January 22, 2007

The Honorable James Robertson
U.S. District Judge:

    I am writing this letter concerning by brother Mr. Gayden C. Woodson Jr.  It was with much surprise for me to find out the problems he has brought upon himself.  He has always been a good and honest man. He is always there to help whenever he is needed and never waits to be asked.  He has always been a hard worker and always gives 110 percent in everything he does. I have never known him to be dishonest with my family or me and I would trust him with everything I own.

    I am sure that when you talk with him you will find for yourself what a good man he really is and hopefully will be able to go easy on him.  We all love him very much and need him home with us where he belongs.

    I thank you for your time.

Gaydene Schofield
208-558-7795