HONORABLE JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**FILED**

MAR 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Gayden Woodson                    Docket No.: CR-06-275-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Gayden Woodson  having been sentenced, on January 31, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  USP Florence , in  Florence, CO  by 2 p.m., on  March 29, 2007 .

_3/2/07_
Date

JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 6-2004